Decided June 29, 2000

## STATE OF CONNECTICUT *v.* MICHAEL CRAMER

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 452 (AC 18443), is denied.

BORDEN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Hubert J. Santos* and *Hope C. Seely*, in support of the petition.

*Carolyn K. Longstreth,* senior assistant state's attorney, in opposition.

Decided June 29, 2000